UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EILENE T. MINOR, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:12-CV-0036-G (BF) |
| UNIVERSITY OF TEXAS SOUTHWESTERN MEDICAL CENTER, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After making an independent review of the pleadings, files, and records in this case, and the findings, conclusions, and recommendation of the United States Magistrate Judge dated June 13, 2013, the court finds that the findings, conclusions, and recommendation of the magistrate judge are correct, and they are accepted as the findings, conclusions, and recommendation of the court.

It is therefore **ORDERED** that the findings, conclusions, and recommendation of the United States Magistrate Judge are accepted.

It is further **ORDERED** that defendant's motion for summary judgment is **GRANTED** as to all of plaintiff's claims and causes of action.

July 10, 2013.

*A. Joe Fish*
A. JOE FISH
**Senior United States District Judge**